UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., et al., <br>         Petitioner, <br> vs. <br> WESLEY REESE, <br>         Respondent. | **O R D E R** <br><br> 2:11-CV-1947-PMP-GWF |
| 24 HOUR FITNESS USA, INC., et al., <br>         Petitioner, <br> vs. <br> SIEGLINDE INCE, <br>        Respondent. | 2:11-CV-1961-PMP-VCF |
| 24 HOUR FITNESS USA, INC., et al., <br>        Petitioner, <br> vs. <br> LAWRENCE DICKERSON, <br>        Respondent. | 2:11-CV-1999-PMP-GWF |
| 24 HOUR FITNESS USA, INC., et al., <br>        Petitioner, <br> vs. <br> MARK DONNELLY, <br>        Respondent. | 2:11-CV-2000-PMP-PAL |
| 24 HOUR FITNESS USA, INC. et al., <br>         Petitioner, <br> vs. <br> STEPHEN RANDOLPH <br>        Respondent. | 2:11-CV-2003-PMP-CWH |

| | | |
|---|---|---|
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-2052-PMP-PAL |
| JASON M. PARSONS, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner. | ) ) | |
| vs. | ) ) | 2:11-CV-2053-PMP-VCF |
| RAMONA L. ERVIN, | ) ) ) | |
| Respondent. | ) | |

**IT IS ORDERED a Hearing is set for <u>Monday, September 17, 2012, at 10:00 a.m. in LV Courtroom 7C before Judge Philip M. Pro on the following:</u>**

1) Petition to Compel Arbitration (filed in all the cases listed above.)

2) Petitioners' Motion to Strike Answer to Complaint (filed in Case Numbers 2:11-cv-1947-PMP-GWF, 2:11-cv-1999-PMP-GWF, 2:11-cv-2000-PMP-PAL and 2:11-cv-2053-PMP-VCF.)

3) Petitioners' Notice of Order Re: Special Master's Report and Recommendation Issued by Judge Samuel Conti of the U.S. District Court for the Northern District of California (filed in all the cases listed above.)

Dated: July 20, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE